UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MALRY TARDD and OTTO WHITE,

                Plaintiffs,              **ORDER**

      -against-                 CV 04-3262 (ADS)(ARL)

BROOKHAVEN NATIONAL LABORATORY,
et al.,

                Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' letter dated March 20, 2006, requesting that the court
enter an order granting the defendants an additional four hours to depose the plaintiff Malry Tardd
regarding his new allegations in the complaint. That request is denied.

      Prior to submitting their motion, the defendants were required to confer with the plaintiffs
in good faith in an effort to resolve the dispute. The court does not consider sending counsel for
the plaintiffs a letter requesting the relief a good faith effort to resolve the dispute. The
defendants must attempt to contact the plaintiffs' counsel, other than by letter, before making the
motion. If motion practice is still necessary after the defendants have made a good faith effort to
resolve the dispute, the defendants may then re-submit their motion pursuant to Local Rule
37.3(c).

Dated: Central Islip, New York        **SO ORDERED:**
       March 21, 2006


                  _____/s/_____
                  ARLENE R. LINDSAY
                  United States Magistrate Judge